UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  4:13-CR-42-001(CDL) |
| **STEVEN NAPIER** | |

On August 25, 2022, the Court ordered the issuance of a summons for Steven Napier for violating the terms of his supervised release based on a Petition for Action submitted to the Court August 23, 2022. For good and sufficient cause made known to the Court, it is recommended that the Petition for Action, filed on August 26, 2022, be dismissed.

Respectfully submitted,

Roberto E. Pastrana
U.S. Probation Officer

ORDER OF COURT

For good and sufficient cause, it is ordered that the Petition for Action filed August 26, 2022, be dismissed.

Dated this  29th  day of  April , 2024.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA